JOHN A. DOYLE, Appellant, v. THE CHATHAM AND PHENIX NATIONAL BANK OF THE CITY OF NEW YORK, Respondent.— Judgment affirmed, with costs. No opinion. Rich, Carswell and Scudder, JJ., concur; Lazansky, P. J., dissents and

votes for reversal and a new trial upon the ground that there was proof of bad faith; Hagarty, J., concurs with Lazansky, P. J., but is further of opinion that defendant was guilty of gross negligence within the meaning of the trust indenture.